# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Petitioner,**

**v.**                                     **Case No: 6:13-mc-35-Orl-31DAB**

**ROBERT L. KIBLER,**

        **Respondent.**

## ORDER

This cause comes before the Court on the Petition to Enforce Internal Revenue Service Summons (Doc. No. 1), filed April 8, 2013.

On May 14, 2013, the United States Magistrate Judge issued a report (Doc. No. 9) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2. The Petition to Enforce Internal Revenue Service Summons is **GRANTED**.

3. Robert L. Kibler shall, **under penalty of contempt or other sanctions, including incarceration**, comply with the Internal Revenue Service Summons issued to him September 26, 2012, by no later than June 20, 2013, and shall produce at such time all responsive documents described and requested therein.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 29, 2013.

                                                                        GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party